IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

     Plaintiff,                          No. CIV S-04-2361 GEB PAN P

     vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

     Defendants.                ORDER
_____/

       Plaintiff has requested an extension of time to file a response to the court's May 11, 2006 order. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 30, 2006 application for an extension of time is granted; and

       2. Plaintiff shall file a response to the court's May 11, 2006 order on or before June 24, 2006.

DATED: June 12, 2006.

                                  UNITED STATES MAGISTRATE JUDGE

/mp
frut2361.36