IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN FRUTOS, JR,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                              Defendants. | 2:04-CV-2361 GEB EFB P<br><br>**ORDER** |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 28, 2007, defendants filed a request for an extension of time in which to file their response to plaintiff's complaint.  Good cause appearing, defendants' request is granted.

   Accordingly, **IT IS HEREBY ORDERED** that:

   1. Defendants' March 28, 2007, request for an extension of time is granted; and

   2. Defendants have until April 27, 2007 to file and serve their response to the complaint.

Dated:  March 30, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE