IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

      Plaintiff,                    No. CIV S-04-2361 GEB EFB P

     vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.              ORDER

                                 /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' April 26, 2007, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's May 21, 2007, request is granted and plaintiff shall file and serve an opposition to defendants' April 26, 2007, motion to dismiss on or before June 17, 2007.

      So ordered.

Dated: June 4, 2007.

                                             /s/ Edmund F. Brennan
                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE