IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

    Plaintiff,              No. CIV S-04-2361 ALA P

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.           <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested a second extension of time to file and serve an opposition to defendants' April 26, 2007 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's June 22, 2007 request is granted. He has demonstrated excusable neglect based on the limited access to the prison law library. Plaintiff shall file and serve an opposition to defendants' April 26, 2007 motion to dismiss on or before August 24, 2007. The court does not intend to grant additional requests for extensions of time.

      So ordered.

DATED: July 24, 2007

                               /s/ Arthur Alarcón
                               _____
                               UNITED STATES CIRCUIT JUDGE
                               Sitting by Designation