IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

        Plaintiff,                      No. CIV S-04-2361 ALA P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.              ORDER TO SHOW CAUSE
_____/

    On November 13, 2007, the Court ordered Defendants to show cause within fourteen days why this matter should be tried before a jury. Defendants have failed to respond.

    Defendants are hereby ORDERED to show cause within fourteen days (14) why they should not be sanctioned for failure to respond to the Court's November 13, 2007, order.

/////

DATED: December 14, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation