IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

      Plaintiff,　　　　　　　　　No. CIV S-04-2361 ALA P

  vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.　　　　　　　ORDER
_____/

    Plaintiff has requested a "45-day extension of time to conduct discovery and thereafter an extension of time or leave of the Court to file a motion requesting summary judgment." (Doc. No. 57). IT IS HEREBY ORDERED that Plaintiff's request is DENIED.

    Plaintiff is advised that the Court has considered Plaintiff's Motion for Appointment of Counsel (Doc. No. 56) and is in the process of attempting to find an attorney who will agree to act as counsel for Plaintiff.

/////

DATED: February 15, 2008

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation