IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

        Plaintiff,                      No. CIV S-04-02361 ALA P

        vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.                ORDER

       The Court is attempting to find an attorney to represent Mr. Frutos. For that reason, the pretrial conference set for March 4, 2008, is vacated. (Doc. 55). The parties shall be notified as to a new date for the pretrial conference as soon as Mr. Frutos's "Motion for Appointment of Counsel" (Doc. 56) is resolved. All other dates set forth in this Court's Discovery and Scheduling Order (Doc. 55) shall remain in effect until further order.

       Accordingly, it is hereby ORDERED that the March 4, 2008, pretrial conference is vacated.

/////

DATED: February 29, 2008

                                                            /s/ Arthur L. Alarcón
                                                            UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation