IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

      Plaintiff,                     Case No. 2:04-cv-02361 ALA (P)

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.               ORDER TO SHOW CAUSE

      Per the Court's scheduling order filed March 19, 2008 (Doc. No. 69), Defendants were ordered to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment by May 12, 2008. Defendants have failed to do so. Defendants are hereby ORDERED to show cause by May 22, 2008, why they should not be sanctioned for failure to respond to the Court's order.

///

DATED: May 19, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation