IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

      Plaintiff,                    Case No. 2:04-cv-02361 ALA (P)

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.              <u>ORDER</u>

      Defendants have requested an extension of time to respond to Mr. Frutos's motion to amend the judgment (Doc. No. 77). Good cause appearing, IT IS HEREBY ORDERED, that Defendants have up to and including July 12, 2008, to serve their response to the motion. No other extensions will be granted.

/////

DATED: June 23, 2008

                                          /s/ Arthur L. Alarcón

                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation