IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FRUTOS, JR.,

      Plaintiff,         Case No. 2:04-cv–02361 ALA P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.        ORDER

      Judgment in this matter was entered on July 15, 2008.  (Doc. No. 80).  On that same date, Plaintiff filed a document entitled: "Plaintiff's Reply to Opposition to Motion to Alter or Amend the Judgment."  The Court already ruled on the pending motion to amend the judgment and addressed the issues raised in the reply. (Doc. No. 81).  Therefore, it is hereby ORDERED that Plaintiff's reply (Doc. No. 82) is DENIED as moot.

///

DATED: July 18, 2008

                                                    /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation